UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAURIE RUBIN,

                         Plaintiff,

-v-

TRENDLAND LLC,

                         Defendant.

22 Civ. 9452 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 4, 2022, plaintiff filed the complaint in this case. Dkt. 1. On December 19, 2022, plaintiff served defendant with process, making defendant's deadline to answer or otherwise respond January 9, 2023. Dkt. 8. Defendant has not responded to the complaint or otherwise appeared in this action.

On February 13, 2023, the Court issued an Order to Show Cause, prompting plaintiff to move for default judgment by February 24, 2023 or risk dismissal of the case. Dkt. 9. On February 14, 2023, plaintiff proposed a Clerk's Certificate of Default, Dkt. 10, and that same day, the Clerk issued a Certificate of Default, Dkt. 12. On February 24, 2023, plaintiff moved for default judgment. Dkt. 13.

Plaintiff's papers in support of its motion are in good order. If defendant wishes to oppose the motion, its counsel shall enter a notice of appearance **prior to April 18, 2023**, and file an opposition on ECF, explaining why a default judgment is not warranted, by **April 25, 2023 at 5 p.m.**

Plaintiff is to serve the February 13, 2023 Order to Show Cause, Dkt. 9, this order, and the papers in support of its motion for a default judgment on defendant forthwith and file proof of this service **no later than April 14, 2023**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 11, 2023
New York, New York