**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LAURIE RUBIN,

                Plaintiff,

    -against-                                 22 **CIVIL** 9452 (PAE)(SDA)

                                                   **JUDGMENT**

TRENDLAND LLC,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2023, the Court has awarded Rubin $17,500 in statutory damages under the Copyright Act; $1,942.50 in attorneys' fees; and $858.58 in costs. Judgment is entered in Rubin's favor in the amount of $20,301.08; accordingly, the case is closed.

**Dated:**  New York, New York

        July 21, 2023

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                                  **BY:**       *K. Mango*

                                                           **Deputy Clerk**